| | | | |
|---|---|---|---|
| **HireRight Holdings Corporation (HRT)** | | | **Milton Deutsch** |

**List of Purchases and Sales**

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase | 11/2/2021 | 1,000 | $19.0000 |