**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| MILTON DEUTSCH, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>     v.<br><br>HIRERIGHT HOLDINGS CORPORATION, GUY P. ABRAMO, THOMAS M. SPAETH, JAMES CAREY, MARK DZIALGA, PETER FASOLO, JAMES MATTHEWS, PETER MUNZIG, JILL SMART, JOSH FELDMAN, and LISA TROE,<br><br>        Defendants. | Case No.: 3:24-cv-00371<br><br>Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Alistair Newbern<br><br><u>CLASS ACTION</u> |

<u>**ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO THE COMPLAINT AND CONTINUING THE INITIAL CASE MANAGEMENT CONFERENCE**</u>

Pending before the Court is the Parties' Joint Motion To Extend Defendants' Time to Respond to the Complaint and Continue the Initial Case Management Conference. Having considered the written submission of the Parties, the Court grants the Motion and **ORDERS** as follows:

1. Counsel for Defendants are deemed to have accepted service of the Complaint in this matter on behalf of Defendants, without prejudice and without waiver of any of Defendants' defenses, objections, or arguments, except as to sufficiency of service of process.

2.  Defendants are not required to answer, move against, or otherwise respond to Plaintiff's Complaint in this or any subsequently-related action until there is a complaint designated as the operative complaint by the Court-appointed lead plaintiff and lead counsel.

3.  Within fourteen (14) days after the entry of an order by the Court appointing a lead plaintiff and lead counsel, counsel for Defendants will meet and confer with the court-appointed lead plaintiff's counsel and submit for the Court's approval a proposed schedule for the filing of any consolidated or amended complaint or designation of the initial complaint as the operative complaint, Defendants' response to the same, and all other submissions associated with any motion to dismiss the operative complaint.

4.  The Initial Case Management Conference scheduled for June 7, 2024, is continued, to be reset, as needed, after the Court has ruled upon any motions to dismiss the operative complaint. The parties shall move to reset the initial case management order within 7 days of the Court's order if the case remains active in this Court.

**IT IS SO ORDERED.**

_____
ALISTAIR E. NEWBERN
UNITED STATES MAGISTRATE JUDGE