# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MILTON DEUTSCH, Individually and on Behalf of All Others Similarly Situated,<br><br>                 Plaintiff,<br><br>     v.<br><br>HIRERIGHT HOLDINGS CORPORATION, GUY P. ABRAMO, THOMAS M. SPAETH, JAMES CAREY, MARK DZIALGA, PETER FASOLO, JAMES MATTHEWS, PETER MUNZIG, JILL SMART, JOSH FELDMAN, and LISA TROE,<br><br>                 Defendants. | No.: 3:24-cv-00371<br><br>NOTICE OF MOTION OF MILTON DEUTSCH TO: (1) APPOINT LEAD PLAINTIFF; AND (2) APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL<br><br><u>CLASS ACTION</u> |

**PLEASE TAKE NOTICE** that pursuant to Section 27(a)(3) of the Securities Act of 1933, 15 U.S.C. § 77z-1(a)(3), as amended by the Private Securities Litigation Reform Act of 1995, Milton Deutsch ("Deutsch") hereby moves the Court for an Order:

(a) appointing Deutsch as Lead Plaintiff on behalf of a class (the "Class") consisting of all investors who purchased or otherwise acquired HireRight Holdings Corporation securities pursuant and/or traceable to the Offering Documents issued in connection with HireRight's October 2021 initial public offering; and

(b) approving Deutsch's selection of Pomerantz LLP as Lead Counsel and Bramlett Law Offices as Liaison Counsel for the Class.

In support of this Motion, Deutsch submits: (1) the Declaration of Jeremy A. Lieberman dated June 3, 2024 (with exhibits); (2) a Memorandum of Law in support of Motion dated June 3, 2024; and (3) a [Proposed] Order.

Dated: June 3, 2024                      Respectfully submitted,

                              */s/Paul Kent Bramlett*
                              BRAMLETT LAW OFFICES
                              PAUL KENT BRAMLETT
                              TN SUP CT #7387/MS SUP CT #4291
                              ROBERT PRESTON BRAMLETT
                              TN SUP CT #25895
                              40 Burton Hills Blvd., Suite 200
                              P. O. Box 150734
                              Nashville, TN 37215

1

Telephone: 615.248.2828
Facsimile: 866.816.4116
PKNASHLAW@aol.com
Robert@BramlettLawOffices.com

*Counsel for Milton Deutsch and*
*Proposed Liaison Counsel for the Class*

POMERANTZ LLP
Jeremy A. Lieberman
(*pro hac vice* application forthcoming)
J. Alexander Hood II
(*pro hac vice* application forthcoming)
600 Third Avenue
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
ahood@pomlaw.com

*Counsel for Milton Deutsch and*
*Proposed Lead Counsel for the Class*

2