UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MILTON DEUTSCH, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>  v.<br><br>HIRERIGHT HOLDINGS CORPORATION, GUY P. ABRAMO, THOMAS M. SPAETH, JAMES CAREY, MARK DZIALGA, PETER FASOLO, JAMES MATTHEWS, PETER MUNZIG, JILL SMART, JOSH FELDMAN, and LISA TROE,<br><br>     Defendants. | No.: 3:24-cv-00371<br><br>DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF MILTON DEUTSCH TO: (1) APPOINT LEAD PLAINTIFF; AND (2) APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL<br><br>CLASS ACTION |

1

# DECLARATION OF JEREMY A. LIEBERMAN

I, Jeremy A. Lieberman, hereby declare under penalty of perjury:

1.	I am a Partner of Pomerantz LLP ("Pomerantz"), counsel for Movant Milton Deutsch ("Deutsch") and proposed Lead Counsel in the above-captioned action (the "Action"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Deutsch's motion to be appointed as Lead Plaintiff and for approval of Pomerantz to serve as Lead Counsel and Bramlett Law Offices as Liaison Counsel.

2.	Attached hereto as Exhibit 1 is a true and correct copy of a chart reflecting Deutsch's financial interest in the Action.

3.	Attached hereto as Exhibit 2 is a true and correct copy of the PSLRA early notice disseminated on a national financial wire service announcing the pendency of the Action.

4.	Attached hereto as Exhibit 3 is a true and correct copy of a shareholder certification executed by Deutsch.

5.	Attached hereto as Exhibit 4 is a true and correct copy of the firm resume of Pomerantz.

6.	Attached hereto as Exhibit 5 is a true and correct copy of the firm resume of Bramlett Law Offices.

1

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed: June 3, 2024

/s/ *Jeremy A. Lieberman*
Jeremy A. Lieberman