# EXHIBIT 1

**HireRight Holdings Corporation (HRT)**
**Class Period: October 29, 2021**
**IPO Date:  October 29, 2021**
**IPO Price: $19.00 / share**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase or Acquire Date* | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | **11** | **$14.3400** | |
| | | | | | | | | | | | **11** |
| Milton Deutsch | 11/2/2021 | 1,000 | $19.0000 | ($19,000) | | | | | 1,000 | $14,340 | ($4,660) |