# EXHIBIT 2

# SHAREHOLDER ALERT: Pomerantz Law Firm Reminds Shareholders with Losses on their Investment in HireRight Holdings Corporation of Class Action Lawsuit and Upcoming Deadlines - HRT



NEWS PROVIDED BY
**Pomerantz LLP →**
Apr 04, 2024, 14:30 ET

NEW YORK , April 4, 2024 /PRNewswire/ -- Pomerantz LLP announces that a class action lawsuit has been filed against HireRight Holdings Corporation ("HireRight" or the "Company") (NYSE: **HRT**) and certain officers. The class action, filed in the United States District Court for the Middle District of Tennessee, and docketed under 24-cv-00371, is on behalf of all those who purchased or otherwise acquired HireRight securities pursuant and/or traceable to the Offering Documents (defined below) issued in connection with HireRight's October 2021 initial public offering (the "IPO" or "Offering"). Plaintiff pursues claims against the Defendants under the Securities Act of 1933 (the "Securities Act").

If you are a shareholder who purchased or otherwise acquired HireRight securities during the Class Period, you have until June 3, 2024 to ask the Court to appoint you as Lead Plaintiff for the class. A copy of the Complaint can be obtained at **www.pomerantzlaw.com**. To discuss this action, contact Danielle Peyton at **newaction@pomlaw.com** or 646-581-9980 (or 888.4-POMLAW), toll-free, Ext. 7980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

**[Click here for information about joining the class action]**

HireRight provides technology-driven workforce risk management and compliance solutions to a customer base characterized as a "diverse set of organizations, from large-scale multinational businesses to small and medium-sized businesses, across a broad range of industries." The Company offers background screening, verification, identification, monitoring, and drug and health screening services for customers under the HireRight brand name and boasts a purportedly "robust pipeline of opportunities developed by [its] sales team to continue to attract new customers and take share in the market."

On October 6, 2021, HireRight filed a registration statement on Form S-1 with the United States Securities and Exchange Commission ("SEC") in connection with the IPO, which, after an amendment, was declared effective by the SEC on October 28, 2021 (the "Registration Statement").

On November 1, 2021, HireRight filed a prospectus on Form 424B4 with the SEC in connection with the IPO, which incorporated and formed part of the Registration Statement (the "Prospectus" and, collectively with the Registration Statement, the "Offering Documents").

That same day, pursuant to the Offering Documents, HireRight's common stock began publicly trading on the New York Stock Exchange under the ticker symbol HRT.

Pursuant to the Offering Documents, HireRight issued approximately 22. million shares of its common stock to the public at the Offering price of $19.00 per share for proceeds to the Company of approximately $399 million after applicable underwriting discounts and commissions, and before expenses.

The Offering Documents were negligently prepared and, as a result, contained untrue statements of material fact or omitted to state other facts necessary to make the statements made not misleading and was not prepared in accordance with the rules and regulations governing its preparation. Specifically, the Offering Documents made false and/or misleading statements and/or failed to disclose that: (i) HireRight was exposed to customers with significant employment and hiring risk and the Company derived greater revenue growth from existing client hiring than from new client hiring; (ii) as a result, the Company's revenue growth

was unsustainable to the extent that it relied on the stability of its current customers' hiring and/or the profitability of securing new customers; (iii) accordingly, HireRight had overstated its post-IPO business and/or prospects; and (iv) as a result, Defendants' statements about the Company's business, operations, and prospects were materially false and misleading and/or lacked a reasonable basis at all relevant times.

On January 19, 2023, Stifel, a brokerage and investment banking firm, downgraded HireRight's stock from a Hold to a Buy, prompting several market analysts to issue publications discussing the downgrade. For example, Seeking Alpha reported that Stifel found HireRight to be exposed to large technology firms where there is more acute employment and hiring risk, and that more of the Company's growth comes from existing client hiring than from new.

On this news, HireRight's stock price fell $0.88 per share, or 7.5%, to close at $10.75 per share on January 19, 2023.

At the time of this Complaint, HireRight's common stock continue to trade below the $19.00 per share IPO price.

As a result of Defendants' wrongful acts and omissions, and the precipitous decline in the market value of HireRight's securities, Plaintiff and other Class members have suffered significant losses and damages.

Pomerantz LLP, with offices in New York, Chicago, Los Angeles, London, Paris, and Tel Aviv, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, Pomerantz pioneered the field of securities class actions. Today, more than 85 years later, Pomerantz continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered billions of dollars in damages awards on behalf of class members. See **www.pomlaw.com**.

Attorney advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**

Danielle Peyton

Pomerantz LLP

**dpeyton@pomlaw.com**

646-581-9980 ext. 7980

SOURCE Pomerantz LLP