## CERTIFICATE OF SERVICE

**This is to certify that I have this date filed all of the above *Notice, Memorandum, Declaration, Exhibits and proposed Order* on the Court's electronic filing system, and have served counsel opposite by virtue of the electronic filing as follows:**

Steven Allen Riley
Riley & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203

Jacobus J. Schutte
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019-6064

Audra J. Soloway
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019-6064

Elizabeth O. Gonser
Riley, Warnock & Jacobson
1906 West End Avenue
Nashville, TN 37203

Milton S. McGee, III
Riley & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203


SO CERTIFIED this **3rd** day of **June** 2024.

*s/Paul Kent Bramlett*
PAUL KENT BRAMLETT