# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| MILTON DEUTSCH, individually and on behalf of all others similarly situated,     ) ) ) | |
| Plaintiff,     ) ) | |
| v.     ) ) | No. 3:24-cv-00371 |
| HIRERIGHT HOLDINGS CORPORATION, et al.,     ) ) ) | |
| Defendants.     ) | |

## <u>ORDER</u>

Plaintiff shall file a reply to Defendants' Response to the Motion of Milton Deutsch To (1)

Appoint Lead Plaintiff and (2) Approve Lead Plaintiff's Section of Counsel (Doc. No. 36), no later

than ten (10) days from entry of this Order.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE