ORDER:
The motion is **GRANTED**.

Alistair E. Newbern
U.S. Magistrate Judge

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

|  |  |
|---|---|
| MILTON DEUTSCH, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> HIRERIGHT HOLDINGS CORPORATION, GUY P. ABRAMO, THOMAS M. SPAETH, JAMES CAREY, MARK DZIALGA, PETER FASOLO, JAMES MATTHEWS, PETER MUNZIG, JILL SMART, JOSH FELDMAN, and LISA TROE, <br><br> Defendants. | Case No.: 3:24-cv-00371 <br><br> Judge Waverly D. Crenshaw, Jr. <br> Magistrate Judge Alistair Newbern <br><br> <u>CLASS ACTION</u> |

## <u>JOINT MOTION FOR ENTRY OF SCHEDULING ORDER</u>

Milton Deutsch ("Plaintiff") and HireRight Holdings Corporation, Guy P. Abramo, Thomas M. Spaeth, James Carey, Mark Dzialga, Peter Fasolo, James Matthews, Peter Munzig, Jill Smart, Josh Feldman, and Lisa Troe (collectively, "Defendants") respectfully move the Court to enter the Proposed Order submitted with this Motion setting a schedule for the filing of an amended complaint and briefing of Defendants' anticipated motion to dismiss. In support of this Motion, the parties submit as follows:

1. On July 11, 2024, the Court entered an Order appointing Plaintiff as lead plaintiff (the "Lead Plaintiff Order). Dkt. No. 39. Pursuant to the Court's May 8, 2024, Order, within 14 days of the entry of the Lead Plaintiff Order, the parties are to "meet and confer and submit for the Court's approval a proposed schedule for the filing of any consolidated or amended complaint …,

Defendants' response to the same, and all other submissions associated with any motion to dismiss the operative complaint."  Order, pg. 2, Dkt. No. 29.

2.  The parties have conferred and jointly submit to the Court the following proposed schedule:[1]

| Event | Deadline |
|---|---|
| Amended Complaint | September 23, 2024 |
| Defendants' Motion to Dismiss | November 22, 2024 |
| Lead Plaintiff's Opposition to Motion to Dismiss | January 21, 2025 |
| Defendants' Reply in Further Support of Motion to Dismiss | February 20, 2025 |

3.  The parties believe that the proposed schedule provides sufficient time for Plaintiff to file an amended complaint and for briefing of Defendants' anticipated motion to dismiss.  Accordingly, the parties respectfully request that the Court enter the Proposed Order submitted with this Motion.

Respectfully submitted by:

s/ Paul Kent Bramlett_____
Paul Kent Bramlett
TN SUP CT #7387/MS SUP CT #4291
Robert Preston Bramlett
TN SUP CT #25895
**BRAMLETT LAW OFFICES**
40 Burton Hills Blvd., Suite 200
P. O. Box 150734
Nashville, TN 37215
Telephone: 615.248.2828
Facsimile: 866.816.4116
PKNASHLAW@Aol.Com
Robert@BramlettLawOffices.com

s/ Steven A. Riley_____
Steven A. Riley (BPR 6258)
Milton S. McGee, III (BPR 24150)
Elizabeth Gonser (BPR 26329)
**RILEY & JACOBSON, PLC**
1906 West End Avenue
Nashville, TN 37203
Tel:  (615) 320-3700
Fax:  (615) 320-3738
sriley@rjfirm.com
tmcgee@rjfirm.com
egonser@rjfirm.com

---

[1] Pursuant to the Private Securities Litigation Reform Act, all discovery and other proceedings are stayed during the pendency of any motion to dismiss the complaint.  15 U.S.C. § § 77z-1(b)(1), 78u-4(b)(3)(B).  As required by the Court's May 8, 2024, Order, the parties shall move to reset the initial case management conference within seven days of the Court's order on Defendants' anticipated motion to dismiss if the case remains active.  Dkt. No. 29.

Jeremy A. Lieberman
J. Alexander Hood II
**POMERANTZ LLP**
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
ahood@pomlaw.com

*Attorneys for Plaintiff*

Audra J. Soloway (admitted *pro hac vice*)
Jacobus Schutte (admitted *pro hac vice*)
**PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, New York 10019-6064
Tel: (212) 373-3289
Fax: (212) 492-0289
asoloway@paulweiss.com
jschutte@paulweiss.com

*Attorneys for Defendants HireRight Holdings
Corporation, Guy P. Abramo, Thomas M.
Spaeth, James Carey, Mark Dzialga, Peter
Fasolo, James Matthews, Peter Munzig, Jill
Smart, Josh Feldman, and Lisa Troe*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served via the Court's ECF filing system on this 19th day of July 2024 upon the following:

Paul Kent Bramlett
Robert Preston Bramlett
40 Burton Hills Blvd., Suite 200
P. O. Box 150734
Nashville, TN 37215
Telephone: 615.248.2828
Facsimile: 866.816.4116
PKNASHLAW@Aol.Com
Robert@BramlettLawOffices.com

Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
ahood@pomlaw.com

/s/ Steven A. Riley

3