UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MILTON DEUTSCH, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 3:24-cv-00371 ) |
| HIRERIGHT HOLDINGS CORPORATION, et al., | ) ) ) |
| Defendants. | ) ) |

## ORDER

The Plaintiff has filed a Notice of Voluntary Dismissal. (Doc. No. 45). Accordingly, this action is **DISMISSED WITHOUT PREJUDICE**, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE